**97–2261. State v. Serrato.**

Wood App. No. WD–96–051. Discretionary appeal allowed; *sua sponte,* cause held for the decision in

1420

97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.
  F.E. SWEENEY, J., dissents.
  RESNICK, J., not participating.